Judge Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| CHILEWICH SULTAN LLC, | Civil Action No. |
| *Plaintiff,* | ECF CASE |
| v. | JURY DEMANDED |
| SAMBONET PADERNO INDUSTRIE S.P.A. and SAMBONET USA, INC., | |
| *Defendants.* | |

08 CV 00359

RECEIVED
JAN 1 5 2008
U.S.D.C. S.D.N.Y.
CASHIERS

## COMPLAINT FOR COPYRIGHT INFRINGEMENT AND UNFAIR COMPETITION

Plaintiff Chilewich Sultan LLC by and through its undersigned attorneys, for its Complaint against the defendants, alleges:

1. The purpose of this lawsuit is to seek damages and injunctive relief to restrain defendants Sambonet Paderno Industrie S.p.A. and Sambonet USA, Inc. (collectively, "Defendants") from engaging in a worldwide scheme to "knock off" Plaintiff Chilewich Sultan LLC's ("Chilewich") copyrighted product designs, by selling place mats which are essentially identical to the designs of Chilewich, to Chilewich's significant detriment. Unless Defendants are enjoined from further copying and misappropriation of Chilewich's goodwill and its designs, Chilewich will suffer substantial ongoing and irreparable harm.

## THE PARTIES

2. Chilewich is a limited liability corporation organized and existing under the laws of the State of New York. Chilewich's headquarters are located at 44 East 32nd Street in New York, New York.

3. Chilewich is a leading designer of original household and hospitality products of modern design, including specifically place mats, floor, wall and window coverings and bags.

4. Upon information and belief, defendant Sambonet Paderno Industrie S.p.A. is an Italian corporation with a place of business at S.R. 11 - KM. 84 - 28060 Orfengo (NO) Italy.

5. Upon information and belief, defendant Sambonet Paderno Industrie S.p.A. is a manufacturer, distributor, exporter, wholesaler and retailer of home furnishings and table wear products.

6. Upon information and belief, defendant Sambonet Paderno Industrie S.p.A. sells its products in a number of foreign countries including France, Portugal, Switzerland and Italy.

7. Upon information and belief, defendant Sambonet USA, Inc. is a corporation organized and existing under the laws of the State of New Jersey with a place of business at 1180 McLester Street, Suite 8, Elizabeth, New Jersey 07201.

8. Upon information and belief, Sambonet USA, Inc. is owned and/or controlled by Sambonet Paderno Industrie S.p.A. and imports the products of Sambonet Paderno Industrie S.p.A., including home furnishings and table wear products and hospitality products into the United States for wholesale and retail sale.

9. Rosenthal USA Ltd. distributes Defendants' products in the United States and the Carribean. Rosenthal USA Ltd. has a showroom at 41 Madison Avenue, New York, New York, at which it shows Defendants' products including, upon information and belief, the infringing products discussed herein.

2

10. Defendants transact business within this district, derive revenue from intrastate and interstate commerce, and have committed tortious acts within this district and also without this district having consequences within this district, and Defendants are otherwise within the jurisdiction of this Court.

## FACTS COMMON TO ALL COUNTS

11. Chilewich, founded in 1997, sells unique and original home furnishings, hospitality and related products that are designed by one of its founders, Sandra Chilewich, with the help of her design staff. Ms. Chilewich has been a commercial artist and designer for all of her life. In the late 1970's, as a student with artistic aspirations, she founded a company selling hosiery. The company, named Moskal & Chilewich, Inc., sold original hosiery designs that she and her partner created under the brand name Hue ("Hue"). When the business was sold to Leslie Fay in 1992, Hue was a successful company that was credited with revolutionizing the leg wear market through the use of innovative knitting, pattern and coloration, and applying same to otherwise standard socks and tights. At the time Hue was sold, the business had sales grossing over $36 million, and Hue is still a thriving brand in the hosiery world today.

12. In the approximately ten years that Chilewich has been in business, since its opening by Ms. Chilewich, it has become famous and gained widespread renown for selling unique products made from woven vinyl, including specifically table top products (place mats, coasters and runners), floor mats and other floor coverings, wall coverings and hand bags.

13. Chilewich has won many awards recognizing the original and unique

3

design of its products including a Best New Design Award at the 1998 New York
International Gift Fair, an award in 1999 from the Industrial Designers of America, and
an ICFF Award at the 2001 International Contemporary Furniture Fair in New York.
Chilewich is currently being honored by the Museum of Modern Art (MoMA) in New
York City for marketing innovative products for ten years.

14.    Chilewich's reputation for designing and marketing unique home
furnishings and hospitality products is well known in the design marketplace and among
consumers interested in well-designed and attractive contemporary products.  In recent
years, profiles of Chilewich have appeared in publications such as *The New York Times
Magazine*, *The Washington Post*, *Crain's New York Business* and *Fortune Small
Business,* as well as leading trade publications such as *HFN, Matter* and *Hospitality
Design*.

15.    Chilewich is particularly well known for its attractive and contemporary
table top products, especially its place mats.  For example, a profile of Chilewich in *The
New York Times Magazine* that was published on July 31, 2005, annexed hereto as
Exhibit 1, stated:

> "In the four years since their debut, Chilewich's mats have altered
> the way style-conscious New York restaurants think about the table top."

Chilewich's Engineered Squares and Engineered Rectangles Designs

16.    Two of Chilewich's most popular designs are designs identified as
"Engineered Squares" and "Engineered Rectangles".  These designs have been used
by Chilewich exclusively for place mats.  A photograph of a place mat with the

Engineered Squares design is annexed as Exhibit 2, and a photograph of a place mat featuring the Engineered Rectangles design is annexed as Exhibit 3.

17.  Products bearing Chilewich's Engineered Squares and Engineered Rectangles designs have been sold and are being sold to over 1,000 retailers throughout the United States and in twenty-three foreign countries, including France, Germany, Italy, Japan and Australia.  The U.S. retailers include the MoMA Design Store in New York City as well as its nationwide catalogs and stores of Barneys New York, Macy's, Bloomingdales, Neiman Marcus and Sur la Table.  In addition, Chilewich sells products bearing the Engineered Squares and Engineered Rectangles designs internationally at both specialty stores and department stores, including the Bon Marché and Le Printemps shops in Paris; The Conran Shop in London and Paris; Selfridges and Harvey Nichols in London; and Schönhuber SPA, Brunico Mori, and Brescia in Italy.

18.  Chilewich also sells its products, including products bearing the Engineered Squares and Engineered Rectangles designs, to the hospitality industry. Accor Hotels, Starwood Hotels, Hospes Hotels and Swissôtel Hotels & Resorts are among Chilewich's customers.  Chilewich also sells its products to wholesalers, and dealers including Edward Don in the United States and Ecotel and EMAH in Europe, who serve the hospitality industry.

19.  Chilewich's products place mats bearing the Engineered Squares and Engineered Rectangles designs are always featured at the Chilewich booth at the many trade shows in which Chilewich participates.  The following is a list of the U.S. and International trade shows at which Chilewich has participated in the last few years:

5

United States

HD2007 Expo and Conference, Las Vegas, Nevada

The International Gift & Home Accessories Show, Dallas, Texas;

The International Gift & Home Furnishings Market, Atlanta, Georgia;

The Chicago Market, Chicago, Illinois;

California Gift Show, Los Angeles, California;

San Francisco International Gift Fair, San Francisco, California;

New York International Gift Fair, New York, New York;

The Seattle Gift Show, Seattle, Washington;

International Hotel/Motel & Restaurant Show, New York, New York;

NeoCon, Chicago, Illinois;

Denver Merchandise Mart Gift, Jewelry & Resort Show, Denver, Colorado;

International Restaurant and Food Service Show, New York, New York;

New England Food Service and Lodging Expo, Boston, Massachussetts.

International

Maison & Objet, Paris, France;

Ambiente, Frankfurt, Germany;

Equip'Hôtel, Paris, France;

Formex, Stockholm, Sweden;

Stockholm Furniture Fair, Stockholm, Sweden;

Ambiente Japan, Interior Lifestyle Fair, Tokyo, Japan;

International Furniture Fair, Tokyo, Japan;

Japan Shop, Tokyo, Japan;

Japantex, Tokyo, Japan;

Lifeinstyle, Australia;

Onaris, Zurich, Switzerland;

Abitare il Tempo, Verona, Italy.

20. Since 2004, Chilewich has used promotional packets to advertise the various products in its line. These promotional packets show pictures of Chilewich's place mats with Engineered Squares and Engineered Rectangles designs and also include sample swatch cards with the design. More than 200,000 such packets have been distributed.

21. Since the introduction of Chilewich's Engineered Squares design, Chilewich has sold over 400,000 place mats with this design, having a wholesale value of several million dollars.

22. Since the introduction of Chilewich's Engineered Rectangles design, Chilewich has sold over 60,000 place mats with this design, having a wholesale value of several hundred thousand dollars.

23. Chilewich's products, including the various items bearing its Engineered Squares and Engineered Rectangles designs, are of high quality, and are manufactured in the United States.

Defendants' Infringing Activities

24. Recently, Chilewich discovered that Defendants, in the United States, Portugal and Italy, have been offering for sale and taking orders for place mats bearing designs that were essentially identical to the Engineered Squares and Engineered Rectangles designs. Upon information and belief, Defendants are selling their

infringing place mats in numerous foreign countries.  Upon information and belief,

Defendants have not yet shipped their infringing place mats, although they plan to do

so imminently.

      25.  Excerpts from Sambonet Paderno Industrie S.p.A.'s catalog showing

the infringing products are attached as Exhibit 4.

      26.  Excerpts from Sambonet USA, Inc.'s catalog showing the infringing

products are attached as Exhibit 5.

      27.  Upon information and belief, Defendants also sell their products,

including the infringing products, to the hospitality industry, in competition with Plaintiff.

      28.  Upon information and belief, defendant Sambonet Paderno Industrie

S.p.A.'s website, located at <sambonet.it>, displays photographs of a table with place

mats that appear strikingly similar to Chilewich's table mat designs.

      29.  Upon information and belief, Defendants had access to, and copied,

the Engineered Squares and Engineered Rectangles designs in "knocking off" and

marketing their place mats and related products.

      30.  Defendants' place mats and related products have the same overall

"look" as Chilewich's place mats featuring the Engineered Squares and Engineered

Rectangles designs.

      31.  The average purchasers of place mats of modern design, and the

trade which has a commercial interest in such products, viewing Chilewich's products,

including its place mats, and Defendants' corresponding place mats and related

products, would find them strikingly similar and nearly identical in all material respects.

8

32.  The average purchasers of place mats of modern design, and the trade which has a commercial interest in such products, viewing Chilewich's products, including its place mats, and Defendants' corresponding place mats and related products would be confused and would think that Defendants' items are either the Chilewich items, or that Defendants' items are endorsed by or sponsored by or licensed by Chilewich.

33.  The average purchasers of place mats of modern design, and the trade which has a commercial interest in such products, viewing Defendants' place mats and related products, at prices below the price at which Chilewich place mats are sold through its retailers, will believe that Chilewich has gone "downstream" to a mass market discounter, and Chilewich will thus lose the carefully nurtured image that it has obtained for its products in general, and its place mats in particular.

## COUNT I

## [Copyright Infringement]

34.  Plaintiff repeats and realleges each allegation in paragraphs 1-33 as if set forth in full herein.

35. This cause of action for copyright infringement arises under the copyright law of the United Sates, Title 17, United States Code, and jurisdiction is based on 28 U.S.C. §1338(a).  Venue is based on 28 U.S.C. §1400(a).

36.  Plaintiff's ENGINEERED SQUARES design consists of material which is original with plaintiff and is copyrightable subject matter under the copyright law of the United States, 17 U.S.C. §101 et seq.

9

37.   Plaintiff has duly complied in all respects with the provisions of the copyright law of the United States, and has secured the exclusive rights and privileges in and to the said ENGINEERED SQUARES design, and the copyright therein, and plaintiff has duly requested and received from the Register of Copyrights a certificate of registration pertaining to said design, identified as follows: VA 1-281-505, effective March 9, 2005.  A copy of said certificate is attached hereto as Plaintiff's Exhibit 6.

38.   Defendants have infringed said copyright by manufacturing, causing to be manufactured, importing, vending, distributing, selling, displaying, and/or promoting place mats which are substantially similar to the plaintiff's copyrighted ENGINEERED SQUARES design, and which contain substantial material copied from said copyrighted work, or by causing and/or participating in said manufacturing, causing to be manufactured, importing, vending, distributing, selling, displaying, or promoting. All of the aforesaid activities of Defendants are in violation of plaintiff's rights under 17 U.S.C. §101 et seq.

39.   All of the acts of Defendants, as set forth in the preceding paragraphs, were without permission, license or consent of plaintiff.

40.   Plaintiff has been damaged by the acts of Defendants in an amount as yet unknown and Defendants are further continuously damaging plaintiff in a manner wherein plaintiff has no adequate remedy at law and the acts of Defendants, if continued, will damage plaintiff in an amount not yet known.

## COUNT II

### [Copyright Infringement]

41.  Plaintiff repeats and realleges each allegation in paragraphs 1-40 as if set forth in full herein.

42.  This cause of action for copyright infringement arises under the copyright law of the United Sates, Title 17, United States Code, and jurisdiction is based on 28 U.S.C. §1338(a).  Venue is based on 28 U.S.C. §1400(a).

43.  Plaintiff's ENGINEERED RECTANGLES design consists of material which is original with plaintiff and is copyrightable subject matter under the copyright law of the United States, 17 U.S.C. §101 et seq.

44.  Plaintiff has duly complied in all respects with the provisions of the copyright law of the United States, and has secured the exclusive rights and privileges in and to the said ENGINEERED RECTANGLES design, and the copyright therein, and plaintiff has duly requested and received from the Register of Copyrights a certificate of registration pertaining to said design, identified as follows: VA 1-310-904, effective March 16, 2005.  A copy of said certificate is attached hereto as Plaintiff's Exhibit 7.

45.  Defendants have infringed said copyright by manufacturing, causing to be manufactured, importing, vending, distributing, selling, displaying, and/or promoting place mats which are substantially similar to the plaintiff's copyrighted ENGINEERED RECTANGLES design, and which contain substantial material copied from said copyrighted work, or by causing and/or participating in said manufacturing, causing to be manufactured, importing, vending, distributing, selling, displaying, or

11

promoting. All of the aforesaid activities of Defendants are in violation of plaintiff's rights under 17 U.S.C. §101 et seq.

46. All of the acts of Defendants, as set forth in the preceding paragraphs, were without permission, license or consent of plaintiff.

47. Plaintiff has been damaged by the acts of Defendants in an amount as yet unknown and Defendants are further continuously damaging plaintiff in a manner wherein plaintiff has no adequate remedy at law and the acts of Defendants, if continued, will damage plaintiff in an amount not yet known, but believed to be in excess of $1,000,000.

## COUNT III

### [Violation of Italian Unfair Competition Law]

48. Plaintiff repeats and realleges each allegation in paragraphs 1-47 as if set forth in full herein.

49. This cause of action for unfair competition arises under the unfair competition law of Italy. Jurisdiction is based on 28 U.S.C. §§ 1332, 1338(a) and 1367 and venue is based on 28 U.S.C. §§ 1391 and 1400(a).

50. Plaintiff owns protectable rights in its ENGINEERED SQUARES and ENGINEERED RECTANGLES designs under the laws of Italy.

51. In view of the aforementioned acts of Defendants, Defendants have, upon information and belief, engaged in unfair competition in violation of Italian unfair competition law.

52.   Plaintiff has been damaged by the acts of Defendants in an amount as yet unknown and Defendants are further continuously damaging plaintiff in a manner wherein plaintiff has no adequate remedy at law and the acts of Defendants, if continued, will damage plaintiff in an amount not yet known.

## COUNT IV

### [Infringement of Foreign Copyright Rights]

53.   Plaintiff repeats and realleges each allegation in paragraphs 1-52 as if set forth in full herein.

54.   This cause of action for copyright infringement arises under the copyright law of foreign nations.  Jurisdiction is based on 28 U.S.C. §§ 1332, 1338(a) and 1367 and venue is based on 28 U.S.C. §§ 1391 and 1400(a).

55.   Plaintiff owns protectable copyright rights in its ENGINEERED SQUARES and ENGINEERED RECTANGLES designs under the copyright law of various foreign nations.

56.   In view of the aforementioned acts of Defendants, Defendants have, upon information and belief, unlawfully infringed upon plaintiff's foreign copyright rights in violation of the copyright law of numerous foreign countries.

57.   Plaintiff believes that Defendants are violating Plaintiff's rights in numerous countries in which Defendants are circulating their catalogs and will amend the Complaint to add causes of action based on the infringements occurring in those other countries once it learns where Defendants are infringing its rights.

58.   Plaintiff has been damaged by the acts of Defendants in an amount as yet unknown and Defendants are further continuously damaging plaintiff in a manner wherein plaintiff has no adequate remedy at law and the acts of Defendants, if continued, will damage plaintiff in an amount not yet known.

### COUNT V

### [Foreign Unfair Competition]

59.  Plaintiff repeats and realleges each allegation in paragraphs 1-58 as if set forth in full herein.

60.  This cause of action for unfair competition arises under the unfair competition law of foreign nations.  Jurisdiction is based on 28 U.S.C. §§ 1332, 1338(a) and 1367 and venue is based on 28 U.S.C. §§ 1391 and 1400(a).

61.   Plaintiff owns its ENGINEERED SQUARES and ENGINEERED RECTANGLES designs under the law of various foreign nations.

62.   In view of the aforementioned acts of Defendants, Defendants have, upon information and belief, unlawfully engaged in unfair competition in violation of the unfair competition laws of numerous foreign countries.

63.  Plaintiff believes that Defendants are engaged in unfair competition in numerous countries in which Defendants are circulating their catalogs, and will amend the Complaint to add causes of action based on Defendants' unlawful acts once it learns where Defendants are engaging in unlfair competition.

64.   Plaintiff has been damaged by the acts of Defendants in an amount as yet unknown and Defendants are further continuously damaging plaintiff in a manner

wherein plaintiff has no adequate remedy at law and the acts of Defendants, if continued, will damage plaintiff in an amount not yet known.

WHEREFORE, plaintiff demands:

A.    That Defendants, their directors, officers, agents, servants, employees, related companies, parent companies, subsidiaries, licensees, assigns, and all parties in privity with them, or any of them, be enjoined, temporarily, and preliminarily during the pendency of this action and permanently from infringing plaintiff's U.S. and foreign copyrights in plaintiff's ENGINEERED SQUARES and/or ENGINEERED RECTANGLES designs, in any manner including but not limited to, importing, printing, reprinting, publishing, vending, distributing, selling, displaying, promoting or advertising any copies of the ENGINEERED SQUARES and/or ENGINEERED RECTANGLES designs which are the subject of plaintiff's U.S. and foreign copyrights, or by causing and/or participating in such importing, printing, reprinting, publishing, vending, distributing, displaying, selling, promoting or advertising.

B.    That Defendants be required to deliver up to be impounded during the pendency of this action all infringing copies of plaintiff's said copyrighted items in the possession or under the control of said Defendants.

C.    That Defendants forthwith recall from their customers and sales representatives, at Defendants' sole cost, all products which allegedly infringe plaintiff's

ENGINEERED SQUARES and/or ENGINEERED RECTANGLES designs.

      D.    That Defendants be required to pay to plaintiff their profits and

such damages as plaintiff has sustained in consequence of Defendants' infringement of

plaintiff's copyright.

      E.    That Defendants pay to plaintiff the costs of this action and

plaintiff's reasonable attorneys' fees, as the court may allow plaintiff.

      F.    That plaintiff has such other and further relief as the Court may

deem just.

GOTTLIEB, RACKMAN & REISMAN, P.C.

Attorneys for Plaintiff

By: _____
George Gottlieb (GG-5761)
ggottlieb@grr.com
Marc P. Misthal (MM- 6636)
mmisthal@grr.com
Attorneys for Plaintiff
270 Madison Avenue
New York, New York 10016
(212) 684-3900
(212) 684-3999 (fax)

Dated:   New York, New York
         January 15, 2008

# EXHIBIT 1

7.31.05 | The Industry By Matt Lee and Ted Lee

# Fiber Optic
## A low-end plastic fabric moves from the patio to the city's top tables.



THE PRICE OF A
FEE GREEN PLACE
. ...S IN PARS
$100

WAS WHEEL WAS
INVEN ED 1928

PEER OF A NAL
PAC DE A'S HOLE
BACH OF IMPALE
OR SELVCE
UTHE MAT 1.064

The interior of the Manhattan restaurant Craft is composed of meticulously sourced materials designed to make diners take notice. Panels of hand-stitched leather undulating across one wall are made from bookbinders' calf-skin. The floors are of imbuia, a hard Brazilian walnut, while the tables have been carved from Vermont cherry, a wood the architects selected because it would darken to a handsome red over time.

But despite all that, the only thing anybody asked about when the restaurant opened in spring 2001, according to Craft's director of operations, Katie Grieco, was, Who made the place mats?

They are plastic, cut from an inexpensive vinyl fabric that, until Sandy Chilewich got her hands on it, was used to upholster lawn furniture.

In the four years since their debut, Chilewich's mats have altered the way style-conscious New York restaurants think about the table top. They have turned up on tables at Geisha, Vento, Ono and Riingo and at all three of Laurent Tourondel's wildly popular BLT restaurants. They're at home at some of the city's most hyperdesigned restaurants, like 66, whose interior is the work of Richard Meier, and at Aquavit, where they appear on tables by Lone Bager.

Chilewich, who established her company, Chilewich Design, in 2000 with the successful Raybowl, made of girdle fabric stretched over a stainless-steel and aluminum frame, was looking for her next big product. "I wanted to make a new

bowl that was picniclike," Chilewich said recently in her Flat-iron studio. "And what I envisioned was those 50's plastic-mesh lawn chairs."

Chilewich began working with some swatches of vinyl mesh that she found in an industrial-fabrics library in Manhattan. She quickly discovered, however, that the fabric resisted being made concave. Still, she was taken with the material. "I thought, Why am I futzing with a bowl?" she said. "The no-brainer was a place mat."

For Chilewich, it wasn't a simple matter of cutting up lawn-chair fabric. She made product samples — place mats, bags, zippered pouches — and traveled to the Alabama mill where the fabric has been made since 1970 to persuade its owners to produce new colors of yarn and to weave them in patterns they had never tried before.

Such work is familiar territory for Chilewich. In the late 70's, when she was a college dropout with artistic aspirations, she started Hue, a hosiery business, with a friend and found that she had a knack for bringing innovative knitting, pattern and coloration to your standard socks and tights. When they sold the company in 1991, it was grossing $40 million annually.

Chilewich's place-mat designs create an almost *trompe l'oeil* effect: some weaves and colors make the plastic yarn look like steel mesh, while others have the organic appearance of natural wicker or sisal. Chilewich calls this visual transformation the "secret ingredient of making plastic look expensive."

This and the mat's reasonable price tag (Chilewich's mats retail from $12 to $16 each) are what attracted restaurant

Photographs by Ben Stechschulte

## The Arsenal By Amanda Hesser

owners. Whether it looks organic or more steel-like, the mat is a smart-looking frame for a $22 plate of house-cured foie gras. And, it is handwashable, which means restaurants can eliminate the cost of laundering tablecloths. The current rate for laundry service, about $1 per tablecloth, seems like small change until you calculate: at Annisa, a 13-table operation in the West Village, the cleaning bill is about $7,000 per year. (That doesn't include napkins, aprons and chefs' jackets.)

Still, some restaurateurs, even Tom Colicchio, executive chef at Craft, were initially apprehensive about plastic.

"The whole idea of Craft — the design imperative — was to use all-natural materials, to show how everything is put together and to be very tactile in general," Kate Grieco said. "Everything in the restaurant is wood and slate."

But Grieco thought the plastic mats were subtle enough to work with the restaurant's interiors. The place mats were as much of a hit as the restaurant's artisanal dishes. Craft began to sell its overstock directly to customers. (Now diners are referred to Barneys.) The mats are also on the tables at Craftsteak in Las Vegas, and they will be on the tables when Craft opens in Dallas in 2006.

It didn't hurt that Chilewich introduced her place mats to the restaurant market at an opportune time. Over the last decade, the silver-service atmosphere of high-end restaurants has been replaced with a more casual but high-design look. And if you have invested in custom Christian Liagre tables, as Mercer Kitchen did, you are more inclined to highlight the wenge wood rather than to drape a white tablecloth over it. Regardless, you need to put something down to protect your investment against spilled red wine, water stains and dropped forks.

So the vinyl place mat is definitely having its moment, which means that early adopters are already moving on to next season's table protection.

"I don't like to go to other restaurants and see what I have in my places," said Lois Freedman, director of operations for Jean-Georges Management, who chose Chilewich mats for 66, Vong and V Steakhouse. At Perry Street, Jean-Georges Vongerichten's new Lower Manhattan restaurant in the Richard Meier tower, the place mats are simply brown paper.

Meanwhile, Chilewich's textiles keep evolving. In her studio cum office, there are piles of swatches of prototype place-mat patterns and weaves as well as new household products, including lamps. One of her tray liners will lie beneath every room-service order in W Hotels by the end of the year. (She recently hired a director of hospitality to deal strictly with the design firm's hotel and restaurant business.) Some restaurants, like Amy Sacco's new boldfaced boîte, Bette, have requested custom-cut Chilewich vinyl to blanket their table tops.

Like most recyclable plastic, this one seems destined for a second act.

The hallmarks of French food — the silkiness of a foie gras terrine, the crunch of duck skin, the weightless deceit of a good soufflé — are often about texture. On a recent trip to Paris, I noticed that the texture that seemed to be on every chef's mind was the soft, wobbly chill of *gelées* — which are essentially Jell-O made with real flavors. Chefs blend fruit and vegetable juices, and even broths, with plain gelatin, then use bits of the chilled gelées as a flavoring component — lemon verbena gelée in a lobster salad, say, or squares of plum gelée surrounding an almond cake. One chef dotted a salad of asparagus and beets with a version made from chicken stock and dressed the vegetables with a spicy paprika vinaigrette. Gelées can be loose or firm. (One packet of powdered gelatin mixed with two cups of liquid will yield a firm gelée.) They are an especially handy touch in summer, when a cool and sparkling spoonful can intensify a dish's flavor at the same time it refreshes. At L'Entredgeu, a bistro, strawberries were tucked beneath clear pink beads of Cerdon gelée (Cerdon is a sweet, lightly fizzy rosé) and topped with a *fromage blanc* sorbet. Here, I've used raspberries in place of strawberries and layered the gelée, *fromage blanc* and fruit in glasses, like a parfait.

### Crab Salad
### With Tomato-Sake Gelée

| | |
|---|---|
| ¾ pound ripe tomatoes, chopped | Zest of 1 lemon |
| ¼ cup sake | Juice of ½ lemon |
| Salt | 1 tablespoon olive oil |
| 1 packet gelatin, softened in | 8 basil leaves, very thinly sliced |
| 3 tablespoons water | Freshly ground black pepper |
| 1 pound jumbo lump crabmeat or | ½ cup finely diced cucumber. |
| cooked and peeled small shrimp | |

1. Purée the tomatoes in a food processor. Strain through a fine-meshed sieve into a small saucepan. This should yield about 1 cup liquid. Add the sake to the tomato water and heat over a medium-low flame until very warm to the touch. Season to taste with salt. Remove from the heat and stir in the gelatin until it is fully dissolved. Pour into a pie dish or other baking dish. Chill until firm.

2. Just before serving, put the crab in a bowl. Add the lemon zest, lemon juice, olive oil and basil. Season with salt and pepper and toss lightly. Place a small mound to one side of each of 6 plates.

3. Unmold half the gelée (reserving the rest for another use — with goat cheese and toasts, for instance) and chop into small pieces. Spoon in a line or half-moon shape next to the crab. Then spoon the cucumber next to the gelée. Serves 6.

### Pimms Gelée With Raspberries
### And Fromage Blanc



| | |
|---|---|
| 16 ounces raspberries | |
| ¼ cup, plus 2 tablespoons, sugar | |
| 2 teaspoons unflavored gelatin | |
| ½ cup Pimms or a sweet rosé | |
| 1 tablespoon orange juice | |
| 1 cup fromage blanc. | |

1. In a small saucepan, mix 10 ounces of the raspberries and ¼ cup sugar. Cook over medium heat until the sugar is dissolved and the raspberries are soft and breaking apart. Let cool.

2. Soften the gelatin in 3 tablespoons of the Pimms. In another small saucepan, combine the orange juice and the remaining Pimms. Place over medium heat until very warm, then remove from heat and stir in the gelatin. Place a fine-meshed sieve over the pan and pour in the raspberries and their juice. Mash and press the raspberries to extract as much juice as possible. Pour into a shallow dish and chill until firm.

3. Mix the fromage blanc with the remaining sugar. Using a whisk or fork, stir the Pimms gelée until broken into small beads. In each of 4 small tumblers, spoon a layer of Pimms gelée, using it all up. Top with a layer of fromage blanc, followed by a layer of fresh raspberries. Serves 4. *Loosely adapted from L'Entredgeu in Paris.* ■

# EXHIBIT 2

# EXHIBIT 3

# EXHIBIT 4

**sambonet** | ACCESSORIES



**sambonet** | ACCESSORIES



## table mat
cod. 56529

tovaglietta americana - Tischdeckchen - set de table - mantelin americano

minimum order 6 pcs per article - acquisto minimo 6 pz. per codice - mindestbestellung 6 stuecke pro art-nr.
achat minimum 6 piéces par code - pedido minimo 6 piezas por articulo

| | code codice | size. in. | dim. cm. |
|---|---|---|---|
| | *Verde / Green* | | |
| | 56529-CB | 16 1/2 x 13 | 42 x 33 |
| | 56529-DB | 19 x 14 | 48 x 36 |
| | *Grigio / Grey* | | |
| | 56529-CF | 16 1/2 x 13 | 42 x 33 |
| | 56529-DF | 19 x 14 | 48 x 36 |
| | *Beige* | | |
| | 56529-CS | 16 1/2 x 13 | 42 x 33 |
| | 56529-DS | 19 x 14 | 48 x 36 |
| | *Nero / Black* | | |
| | 56529-CT | 16 1/2 x 13 | 42 x 33 |
| | 56529-DT | 19 x 14 | 48 x 36 |
| | *Marrone / Brown* | | |
| | 56529-CV | 16 1/2 x 13 | 42 x 33 |
| | 56529-DV | 19 x 14 | 48 x 36 |
| | *Beige - Grigio / Beige - Grey* | | |
| | 56529-CD | 16 1/2 x 13 | 42 x 33 |
| | 56529-DD | 19 x 14 | 48 x 36 |

**sambonet** ACCESSORIES

| | | | |
|---|---|---|---|
| | *Marrone - Nero / Brown - Black* | | |
| | 56529-CE | $16^{1/2}$ x 13 | 42 x 33 |
| | 56529-DE | 19 x 14 | 48 x 36 |
| | *Melange Chiaro / Light Mélange* | | |
| | 56529-CA | $16^{1/2}$ x 13 | 42 x 33 |
| | 56529-DA | 19 x 14 | 48 x 33 |
| | *Melange Scuro / Dark Mélange* | | |
| | 56529-CC | $16^{1/2}$ x 13 | 42 x 33 |
| | 56529-DC | 19 x 14 | 48 x 36 |
| | *Marrone quadri piccoli / Brown small squares* | | |
| | 56529-CG | $16^{1/2}$ x 13 | 42 x 33 |
| | *Verde quadri piccoli / Green small squares* | | |
| | 56529-CH | $16^{1/2}$ x 13 | 42 x 33 |
| | 56529-DH | 19 x 14 | 48 x 36 |
| | *Grigio quadri piccoli / Grey small squares* | | |
| | 56529-CL | $16^{1/2}$ x 13 | 42 x 33 |
| | 56529-DL | 19 x 14 | 48 x 36 |
| | *Azzurro quadri piccoli / Sky Blue small squares* | | |
| | 56529-CN | $16^{1/2}$ x 13 | 42 x 33 |
| | *Azzurro quadri grandi / Sky Blue big squares* | | |
| | 56529-CM | $16^{1/2}$ x 13 | 42 x 33 |
| | *Verde Quadri Grandi / Green big squares* | | |
| | 56529-CP | $16^{1/2}$ x 13 | 42 x 33 |
| | *Marrone quadri grandi / Brown big squares* | | |
| | 56529-CQ | $16^{1/2}$ x 13 | 42 x 33 |
| | 56529-DQ | 19 x 14 | 48 x 36 |
| | *Contrasto quadri grandi / Contrast big squares* | | |
| | 56529-CR | $16^{1/2}$ x 13 | 42 x 33 |
| | 56529-DR | 19 x 14 | 48 x 36 |

# EXHIBIT 5



nouveaunew
nuevoneu
novità

RETAIL - PRICE LIST
SEPTEMBER 2007

## sambonet | GENERAL SALES TERMS & CONDITIONS

## Sales Terms & Conditions

**Pricing:** All prices are subject to change without notice. Invoices will reflect prices in effect at time order was placed. Orders placed for future delivery may be subject to change. We will not be responsible for customer pricing errors. We are not responsible for printer's errors. Possession of our literature does not constitute an offer to sell.

**Payment Terms:** Net 30 Days for established accounts.

**New Accounts:** Furnish 3 trade references, resale certificate, bank information, addresses, phone/fax numbers and contact names. Payment to be determined.

**Finance Charge:** 1-1/2% per month service charge will be applied to all invoices 30 days or more past due.

**Collections Fees:** The buyer agrees to pay all applicable attorney and collection fees.

**Returned Check Fee:** A $ 25.00 charge will be issued for any returned checks.

**Small Order Charge:** A $ 10.00 handling charge will be added on orders under $ 100.00 Net.

**COD Charges:** Carrier imposed COD charges must be paid by the consignee. UPS/COD charges are per carton.
Motor freight/COD charges are per shipment.

**Return Goods Policy:** Returns will not be accepted without prior authorization from our customer service department.
All returns must show the "Return Authorization Number" on the label. Merchandise returned without an "RA" number will not be accepted. Returned merchandise must be in resaleable condition. Credit will not be issued for used, obsolete, or shelf-worn merchandise. All authorized returns must be sent freight prepaid and will be subject to the following restocking charges: Up to 30 days - 10%; Over 30 days will be at our discretion. Minimum restocking charge will be $ 10.00.

**Drop Shipments:** No extra charge.

**Damages or Shortages:** Shortages or damaged goods must be reported to us within 5 business days. Inspect all shipments as they are received for carton damage or where shrink wrap may have been disturbed. Our responsibility for shipment ceases with acceptance by carriers. Make sure notations are immediately marked on bills of lading for any noticeable damage and/or shortages. If any concealed damage or shortage is found, notify carrier at once and request an inspection.

**Guarantee:** All merchandise is 100% guaranteed. Report anything defective within 30 days to receive full credit or replacement. Guarantee is void if cleaned or used in an inappropriate manner.



**nouveaunew**
**nuevoneu**
**novità**


Hard Sambonet SilverPlating

**sambonet** ACCESSORIES

**ACCESSORIES**
50% polyester / 50% polyvinyl chloride



| | | Ø cm. | CODE # | PRICE |
|---|---|---|---|---|
| | | cl.  dim. cm. | | |
| | Table mat<br>• Set 6 pieces<br>• 1 piece<br><br>*Light Mélange* | 42 X 33 cm | 56529-CA | 59.00<br>10.00 |
| | Table mat<br>• Set 6 pieces<br>• 1 piece<br><br>*Green* | 42 X 33 cm | 56529-CB | 59.00<br>10.00 |
| | Table mat<br>• Set 6 pieces<br>• 1 piece<br><br>*Dark Mélange* | 42 X 33 cm | 56529-CC | 59.00<br>10.00 |
| | Table mat<br>• Set 6 pieces<br>• 1 piece<br><br>*Beige/Grey* | 42 X 33 cm | 56529-CD | 59.00<br>10.00 |
| | Table mat<br>• Set 6 pieces<br>• 1 piece<br><br>*Brown/Black* | 42 X 33 cm | 56529-CE | 59.00<br>10.00 |

 

**sambonet** | ACCESSORIES


Hard Sambonet SilverPlating

## ACCESSORIES
**50% polyester / 50% polyvinyl chloride**

| | | Ø cm. dim. cm. | CODE # | |
|---|---|---|---|---|
| | Table mat<br>· Set 6 pieces<br>· 1 piece<br><br>*Grey* | 42 X 33 cm | 56529-CF | 59.00<br>10.00 |
| | Table mat<br>· Set 6 pieces<br>· 1 piece<br><br>*Brown small squares* | 42 X 33 cm | 56529-CG | 59.00<br>10.00 |
| | Table mat<br>· Set 6 pieces<br>· 1 piece<br><br>*Green small squares* | 42 X 33 cm | 56529-CH | 59.00<br>10.00 |
| | Table mat<br>· Set 6 pieces<br>· 1 piece<br><br>*Grey small squares* | 42 X 33 cm | 56529-CL | 59.00<br>10.00 |
| | Table mat<br>· Set 6 pieces<br>· 1 piece<br><br>*Sky Blue big square* | 42 X 33 cm | 56529-CM | 59.00<br>10.00 |
| | Table mat<br>· Set 6 pieces<br>· 1 piece<br><br>*Sky Blue small squares* | 42 X 33 cm | 56529-CN | 59.00<br>10.00 |
| | Table mat<br>· Set 6 pieces<br>· 1 piece<br><br>*Green big squares* | 42 X 33 cm | 56529-CP | 59.00<br>10.00 |
| | Table mat<br>· Set 6 pieces<br>· 1 piece<br><br>*Brown big squares* | 42 X 33 cm | 56529-CQ | 59.00<br>10.00 |
| | Table mat<br>· Set 6 pieces<br>· 1 piece<br><br>*Contrast big squares* | 42 X 33 cm | 56529-CR | 59.00<br>10.00 |

 


Hard Sambonet SilverPlating

**sambonet** | ACCESSORIES

**ACCESSORIES**
50% polyester / 50% polyvinyl chloride

| | | Ø cm.<br>dim. cm. | CODE # | |
|---|---|---|---|---|
| | Table mat<br>• Set 6 pieces<br>• 1 piece<br><br>*Beige* | 42 X 33 cm | 56529-CS | 59.00<br>10.00 |
| | Table mat<br>• Set 6 pieces<br>• 1 piece<br><br>Tovaglietta, Nero - *Dark* | 42 X 33 cm | 56529-CT | 59.00<br>10.00 |
| | Table mat<br>• Set 6 pieces<br>• 1 piece<br><br>*Brown* | 42 X 33 cm | 56529-CV | 59.00<br>10.00 |
| | Sky table mat | 10,4 x 10,4 cm | 56729-01 | 2.00 |
| | Sky table mat | 10,4 x 15,4 cm | 56729-02 | 2.00 |
| | Sky table mat | 16 X 16 cm | 56729-03 | 2.00 |
| | Sky table mat | 21 X 21 cm | 56729-04 | 2.00 |
| | Table mat display, 4 trays :<br>• *17 nuances / set*<br>*(1 set: 6 table mats)* | 45,5 X 35,5 cm<br>h. 28,5 cm | 56529-17 | 995.00 |

**Sambonet USA, Inc.**
1180 McLester Street,
Suite B - Elizabeth, NJ 07201
Ph. 908-351-4800
Toll Free 800-887-4863
Fax 908-351-3351
sales@sambonetusa.com

**www.sambonet.com**

**For US and Caribbean,
distributed by**
ROSENTHAL USA LTD.
355 Michele Pl.,
Carlstadt, NJ 07072
Tel. 201-804-8000
Fax 201-842-9195

Showroom.
41 Madison Avenue
New York, NY 10010

    

# EXHIBIT 6



**Certificate of Registration**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1–281–505**

EFFECTIVE DATE OF REGISTRATION

**MAR 0 9 2005**
Month          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**Title of This Work ▼**

ENGINEERED SQUARES

**NATURE OF THIS WORK ▼** See Instructions

FABRIC DESIGN

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**

CHILEWICH LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___USA___
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b**

**Name of Author ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**3**

**a**

**Year in Which Creation of This Work Was Completed**
2004
This information must be given
Year in all cases

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month  AUGUST    Day  30    Year  2004
USA    Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

CHILEWICH LLC
7 E 30 ST, 3RD FLOOR
NEW YORK, NY 10016

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
**MAR 0 9 2005**
ONE DEPOSIT RECEIVED
**MAR 0 9 2005**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions          • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___2___ pages

EXAMINED BY _SPW_    **FORM VA**

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼
**a.** ☐ This is the first published edition of a work previously registered in unpublished form
**b** ☐ This is the first application submitted by this author as copyright claimant
**c** ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**6**
**a**
See instructions
before completing
this space

**b Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼        Account Number ▼

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

JOSEPH SULTAN, CHILEWICH LLC
7 E. 30 ST , 3RD FLOOR
NEW YORK  NY 10016

**b**

Area code and daytime telephone number    ( 212 ) 679-9204X13        Fax number    ( 212 ) 679-9205
Email    JSULTAN@CHILEWICH COM

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  CHILEWICH LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
JOSEPH SULTAN
                                                Date    02/18/2005

Handwritten signature (X) ▼
X _____

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
JOSEPH SULTAN, CHILEWICH LLC

Number/Street/Apt ▼
7 E. 30 ST , 3RD FLOOR

City/State/ZIP ▼
NEW YORK, NY 10016

**9**

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money
order payable to *Register of Copyrights*
3 Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection
with the application shall be fined not more than $2,500

Rev August 2003—30,000  Web Rev June 2002  ♻ Printed on recycled paper        U S Government Printing Office 2003-496-605/60017

# EXHIBIT 7

## ...ate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-310-904**

EFFECTIVE DATE OF REGISTRATION

3  16  05
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

### 1

**Title of This Work ▼**

ENGINEERED RECTANGLES

**NATURE OF THIS WORK ▼** See Instructions

FABRIC DESIGN

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

### 2

**NAME OF AUTHOR ▼**

**a** CHILEWICH LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of  USA
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**Name of Author ▼**

**b**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

### 3

**a** **Year in Which Creation of This Work Was Completed**
2005
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month JANUARY   Day 31   Year 2005
USA
Nation

### 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CHILEWICH LLC
7 E. 30 ST., 3RD FLOOR
NEW YORK NY 10016

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
MAR 16 2005
ONE DEPOSIT RECEIVED
MAR 16 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

JOSEPH SULTAN, CHILEWICH LLC
7 E. 30 ST., 3RD FLOOR
NEW YORK, NY 10016

b

Area code and daytime telephone number  ( 212 ) 679-9204X13          Fax number  ( 212 ) 679-9205

Email  JSULTAN@CHILEWICH.COM

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  CHILEWICH LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOSEPH SULTAN          Date  02/18/2005

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
JOSEPH SULTAN, CHILEWICH LLC

Number/Street/Apt ▼
7 E. 30 ST., 3RD FLOOR

City/State/ZIP ▼
NEW YORK, NY 10016

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000    Web Rev: June 2002    ♻ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,029