Judge Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| CHILEWICH SULTAN LLC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMBONET PADERNO INDUSTRIE S.P.A. and SAMBONET USA, INC.,<br><br>Defendants. | Civil Action No. |
|---|---|



### STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for CHILEWICH SULTAN, LLC. certifies that there is no parent corporation or any publicly held corporation that owns 10% or more of its stock.

                                    GOTTLIEB, RACKMAN & REISMAN, P.C.
                                    Attorneys for Plaintiff Chilewich Sultan LLC.
                                    270 Madison Avenue, 8th Floor
                                    New York, New York 10016
                                    (212) 684-3900

                              By:   _____
                                    George Gottlieb (GG-5761)
                                    ggottlieb@grr.com
                                    Marc P. Misthal (MM-6636)
                                    mmisthal@grr.com

Dated:    New York, New York
          January 15, 2008