UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. FILED
JAN 17 2008
S.D. OF N.Y.

| | |
|---|---|
| CHILEWICH SULTAN LLC<br>　　　　　　　　Plaintiff,<br><br>-V-<br><br>SAMBONET PADERNO INDUSTRIE S.P.A. and<br>SAMBONET USA, INC.<br>　　　　　　　　Defendants, | **CERTIFICATE OF MAILING**<br><br><br><br>08 CV 00359 (AKH) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 17th day of January, 2008

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 15th day of January, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

### 8607 9822 2381

*J. Michael McMahon*
CLERK

Dated: New York, NY

# GOTTLIEB, RACKMAN & REISMAN, P.C.
### COUNSELORS AT LAW
PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com · E-MAIL: info@grr.com

JAMES REISMAN
MICHAEL I. RACKMAN
GEORGE GOTTLIEB
BARRY A. COOPER
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
AMY B. GOLDSMITH
TIBERIU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN

OF COUNSEL
DIANA MULLER*

* MEMBER OF THE BAR
OF ARGENTINA ONLY

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
MARC P. MISTHAL
FRANK D. DECOLVENAERE
STEVEN STERN
YUVAL H. MARCUS

PATENT AGENT
ZOYA V. CHERNINA

January 17, 2007

---

**FedEx International Air Waybill**

**1. From**
- Sender's FedEx Account Number: 0100-4618-1
- Sender's Name: Marc P. Misthal
- Phone: 212-684-3900
- Company: Gottlieb, Rackman & Reisman, P.C.
- Address: 270 Madison Ave 8th Floor
- City: New York
- State/Province: NY
- Country: U.S.A
- ZIP: 10016

**2. To**
- Recipient's Name: President
- Company: Sambonet Paderno Industrie S.p.A
- Address: S.R. 11 - Km. 84 - 28060
- City: Orfengo (NO)
- Country: Italy

**3. Shipment Information**
- Total Packages: 1
- Total Weight: 1.0 lbs
- Commodity Description: Legal Documents

**4. Express Package Service**: FedEx Intl. Priority

**5. Packaging**: FedEx Pak

**7a. Payment**: Sender

**8. Your Internal Billing Reference**: 3438-097

**FedEx Tracking Number**: 8607 9822 2381