# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CHILEWICH SULTAN LLC,

                *Plaintiff(s)*

CASE No. 08-CV-00359
AFFIDAVIT OF SERVICE
SUMMONS & COMPLAINT
CIVIL ACTION

-V-

SAMBONET PADERNO INDUSTRIE S.P.A.
and SAMBONET USA, INC.

                *Defendant(s)*

STATE OF NEW JERSEY, COUNTY OF MIDDLESEX    ss:

Robert Larsen, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the state of New Jersey. On January 18, 2008 at 2:56 pm. at 1180 McLester St. Suite 8 Elizabeth, N.J. deponent served the within

*Summons and Complaint, The individual rules and procedures of the Hon. Alvin K. Hellerstein, The individual Practices of Magistrate Judge Gabriel W. Gorenstein, The 3rd amended instructions for filing an electronic case or appeal, Procedures for electronic case filing and the guidelines for electronic case filing,*

with case number and date thereupon fixed on Sambonet USA, INC. the defendant therein named, hereinafter called the recipient.

**CORPORATION**
By delivering thereat a true copy of each to Sambonet USA Inc. personally. Deponent knew said corporation so served to be the corporation described in said summons as said recipient and knew said individual to be, *Andrea Vianello Vice President*, who indicated that he is authorized to accept service on behalf of the corporation.

**DESCRIPTION**
Male    White    Black hair    34/42 years old    6'2"    165/175 lbs.

                                                                            *Robert Larsen*
                                                                            DUE PROCESS SUBPOENA SERVICE
                                                                            VOICE    732-499-9561
                                                                            FAX    732-499-9562

Sworn to and subscribed
before me on this _18th_ day of
_January_, 2008

_Shirley A. Gravish_
NOTARY PUBLIC

SHIRLEY GRAVISH
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 6/29/20__

⚖AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/18/2008 |
| NAME OF SERVER (PRINT) Robert Larsen | TITLE Professional Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
Corporate service: Left copies with, Andrea Vianello Vice President, a person of suitable age and discretion who indicated that he is authorized to accept service for Sambonet USA, INC.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___1/18/2008___   *Robert Larsen*
                Date              Signature of Server

Due Process Subpoena Service, Colonia, NJ 07067
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.