UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHILEWICH SULTAN LLC,

                Plaintiff,

v.

SAMBONET PADERNO INDUSTRIE S.P.A. and
SAMBONET USA, INC.,

                Defendants.

---

08 CV 00359 (ADH)

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/08

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff Chilewich Sultan LLC and defendants Sambonet Paderno Industrie SpA ("SPI") and Sambonet USA Inc. ("SUSA"), through their respective undersigned counsel, that the time for SPI to answer or otherwise respond to the Complaint, originally February 11, 2008, and the time for SUSA to answer or otherwise respond to the Complaint, originally February 6, 2008, are both extended to and including February 21, 2008. This stipulation may be filed with the Court without further notice to the parties hereto.

Dated:     February 6, 2008

GOTTLIEB, RACKMAN & REISMAN, P.C.

By: _____
George Gottlieb (GG 5671)
ggottlieb@grr.com
Marc P. Misthal (MM 6636)
mmisthal@grr.com
270 Madison Avenue
New York, NY 10016
Tel: (212) 684-3900
Fax: (212) 684-3999

*Attorneys for Plaintiff Chilewich Sultan LLC*

BARTON BARTON & PLOTKIN LLP

By: _____
Randall L. Rasey (RR 2973)
rrasey@bartonesq.com
420 Lexington Avenue
New York, New York 10170
Tel: (212) 687-6262
Fax: (212) 687-3667

*Attorneys for Defendants Sambonet Paderno Industrie SpA and Sambonet USA Inc.*

So Ordered: 2/11/08

_____