```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHILEWICH SULTAN LLC,

                Plaintiff,

         v.

SAMBONET PADERNO INDUSTRIE S.P.A. and
SAMBONET USA, INC.,

                Defendants.

08 CV 00359 (AKH)

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

---

      **IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff Chilewich Sultan LLC and defendants Sambonet Paderno Industrie SpA ("SPI") and Sambonet USA Inc. ("SUSA"), through their respective undersigned counsel, that the time for SPI to answer or otherwise respond to the Complaint, which originally was February 11, 2008 and was extended by stipulation to February 21, 2008, and the time for SUSA to answer or otherwise respond to the Complaint, which originally was February 6, 2008 and was extended by stipulation to February 21, 2008, are both extended to and including February 29, 2008.

      This stipulation may be filed with the Court without further notice to the parties hereto.

Dated:    February 21, 2008

**GOTTLIEB, RACKMAN & REISMAN, P.C.**

By: /s/ Marc P. Misthal
George Gottlieb (GG 5671)
ggottlieb@grr.com
Marc P. Misthal (MM 6636)
mmisthal@grr.com
270 Madison Avenue
New York, NY 10016
*Tel:* (212) 684-3900
*Fax:* (212) 684-3999

*Attorneys for Plaintiff Chilewich Sultan LLC*

**BARTON BARTON & PLOTKIN LLP**

By: /s/ Randall L. Rasey
Randall L. Rasey (RR 2973)
rrasey@bartonesq.com
420 Lexington Avenue
New York, New York 10170
*Tel:* (212) 687-6262
*Fax:* (212) 687-3667

*Attorneys for Defendants Sambonet Paderno Industrie SpA and Sambonet USA Inc.*

So Ordered: 2/26/08