```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHILEWICH SULTAN LLC,

        Plaintiff,

v.

SAMBONET PADERNO INDUSTRIE S.P.A. and
SAMBONET USA, INC.,

        Defendants.

---

08 CV 00359 (ADH)

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff Chilewich Sultan LLC and defendants Sambonet Paderno Industrie SpA ("SPI") and Sambonet USA Inc. ("SUSA"), through their respective undersigned counsel, that the time for SPI to answer or otherwise respond to the Complaint, which originally was February 11, 2008, and was extended by stipulations to February 21, 2008, and then to February 29, 2008, and the time for SUSA to answer or otherwise respond to the Complaint, which originally was February 6, 2008, and was extended by stipulations to February 21, 2008, February 29, 2008, are both extended to and including March 14, 2008.

This stipulation may be filed with the Court without further notice to the parties hereto.

Dated:     February 28, 2008

GOTTLIEB, RACKMAN & REISMAN, P.C.

By: *[signature]*
George Gottlieb (GG 5671)
ggottlieb@grr.com
Marc P. Misthal (MM 6636)
mmisthal@grr.com
270 Madison Avenue
New York, NY 10016
Tel: (212) 684-3900
Fax: (212) 684-3999

*Attorneys for Plaintiff Chilewich Sultan LLC*

BARTON BARTON & PLOTKIN LLP

By: *[signature]*
Randall L. Rasey (RR 2973)
rrasey@bartonesq.com
420 Lexington Avenue
New York, New York 10170
Tel: (212) 687-6262
Fax: (212) 687-3667

*Attorneys for Defendants Sambonet Paderno Industrie SpA and Sambonet USA Inc.*

So Ordered: 2/29/08

*[signature]*