UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHILEWICH SULTAN LLC<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>SAMBONET PADERNO INDUSTRIE S.P.A.<br>and SAMBONET USA, INC.,<br><br>　　　　　　Defendants. | 08 CV 00359 (AKH)<br>ECF Case<br><br>**DEFENDANTS'<br>RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Sambonet Paderno Industrie SpA and Sambonet USA, Inc. certify that there are no corporate parents, affiliates and/or subsidiaries of said parties that are publicly held.

Dated:　New York, New York
　　　　March 14, 2008

**BARTON BARTON & PLOTKIN LLP**

By: _____
　　Randall L. Rasey (RR 2972)

*Attorneys for Defendants Sambonet
　Paderno Industrie SpA and
　Sambonet USA, Inc.*
420 Lexington Avenue
New York, NY 10170
rrasey@bartonesq.com
*Tel.:* (212) 687-6262
*Fax:* (212) 687-3667