USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHILEWICH SULTAN LLC

    Plaintiff,

-against-

SAMBONET PADERNO INDUSTRIE S.P.A.
and SAMBONET USA, INC.,

    Defendants.

---

08 CV 00359 (AKH)
ECF Case

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between the each of the parties which has appeared in the above-captioned action, by their respective undersigned attorneys, that all claims asserted by or against any party in the above-captioned action are hereby voluntarily dismissed in their entireties, with prejudice and without costs to any party as against any other party.

This Stipulation may be filed with the Clerk of Court without further notice to the parties hereto.

Dated: New York, New York
   June 30, 2008

**GOTTLIEB RACKMAN & REISMAN, P.C.**

By: _____
 George Gottlieb
 Marc Misthal

Attorneys for Plaintiff Chilewich Sultan LLC
270 Madison Avenue
New York, NY 10016
tel.: (212) 684-3900
fax: (212) 684-3999

**BARTON BARTON & PLOTKIN LLP**

By: _____
 Randall L. Rasey

Attorneys for Defendants Sambonet Paderno
 Industrie SpA and Sambonet USA, Inc.
420 Lexington Avenue
New York, New York 10170
tel.: (212) 687-6262
fax: (212) 687-3667

SO ORDERED: 7/15/08

_____
United States District Judge
Hon. Alvin K. Hellerstein